THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM WITHERS,  :
:
    Plaintiff,  :
v.  :  3:22-CV-176
:  (JUDGE MARIANI)
KILOLO KIJAKAZI,  :
Acting Commissioner of Social Security,  :
:
    Defendant.  :

## ORDER

AND NOW, THIS 23rd DAY OF FEBRUARY, 2023, upon review of Magistrate Judge Joseph Saporito's Report & Recommendation ("R&R") (Doc. 17) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 17) is **ADOPTED** for the reasons discussed therein.

2. Plaintiff's Appeal is **DENIED**.

3. The Commissioner of Social Security's decision is **AFFIRMED**.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge